# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00180-CV

**Carla B. Biede, Executrix of the Estate of Antonia T. Rogers, Appellant**

**v.**

**Elyse E. Rogers, Dependent Administrator of the Estate of Paul W. Rogers, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. 87,375, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Carla B. Biede, Executrix of the Estate of Antonia T. Rogers, has filed an unopposed motion to dismiss this appeal, stating that the order she intended to appeal has been vacated. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   April 30, 2008